| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

BENNY R. ODEM, JR.,                              §
                                                 §
         Plaintiff,                              §
                                                 §
*versus*                                         §   CIVIL ACTION NO. 9:26-CV-209
                                                 §
MICHAEL S. BROWN, *et al*.,                      §
                                                 §
         Defendants.                             §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Benny R. Odem, Jr., proceeding *pro se*, filed this civil rights lawsuit.  The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) unless plaintiff paid the $405 filing fee within 14 days.  To date, the parties have not filed objections and plaintiff has not paid the filing fee.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#4) is **ADOPTED**.  A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 21st day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE